■ The People of the State of New York, Respondent, v Felix Martinez, Appellant. [25 NYS3d 597]—Judgment, Supreme

Court, New York County (Edward J. McLaughlin, J.), rendered November 7, 2013, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the first degree, and sentencing him to a term of 10 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the prison term to eight years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.